In the Matter of LINDA G. NELSON MADDOX, Appellant, v STATE UNIVERSITY OF NEW YORK AT ALBANY et al., Respondents.

Submitted April 30, 2007; decided May 8, 2007

Appeal, insofar as taken from the Appellate Division order denying reargument or leave to appeal, dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that such order does not finally determine the proceeding within the meaning of the Constitution; appeal, insofar as taken from the Appellate Division order of affirmance, dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

In the Matter of TAMARA MILES-STALLWORTH, Appellant, v LAKE-SHORE NURSING HOME, Respondent. WORKERS' COMPENSATION BOARD, Respondent.

Submitted March 12, 2007; decided May 8, 2007

Motion for leave to appeal dismissed upon the ground that appellant has failed to demonstrate timeliness as required by section 500.22 (b) (2) of the Rules of Practice of the Court of Appeals (22 NCYRR 500.22 [b] [2]). Motion for poor person relief dismissed as academic.

JOHN MOODY, Respondent, v SVETLANA SOROKINA, Appellant.

Submitted April 30, 2007; decided May 8, 2007

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the order appealed from does not finally determine the action within the meaning of the Constitution.